UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                    Case No. 25-cr-136

JOHNNY VANG,

          Defendant.

---

## INFORMATION

---

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From in or about December 2020, through in or about March 2021, in the State and Eastern District of Wisconsin, and elsewhere,

**JOHNNY VANG**

knowingly sold, in interstate commerce, fish, with a market value in excess of $350, knowing that said fish were taken and possessed in violation of, and in a manner unlawful under, the laws and regulations of the State of Wisconsin, to include Chapters 40.04(3) and 40.04(2)(c)1 of the Wisconsin Administrative Code.

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B).

Dated: 7/9/25

                                                RICHARD G. FROHLING
                                              Acting United States Attorney