UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

              Plaintiff,

v.

JOHNNY VANG,

              Defendant.

Case No. 25-CR-136-JPS

**ORDER**

---

In July 2025, the Government filed a single count Information charging Defendant Johnny Vang ("Defendant") with violating 16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)(B). ECF No. 1. The parties simultaneously filed a plea agreement, indicating that Defendant agreed to plead guilty to the Information. ECF No. 2.

The parties appeared before Magistrate Judge Nancy Joseph on July 21, 2025, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 5. Defendant entered a plea of guilty as to the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.;* ECF No. 8.

On July 21, 2025, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. ECF No. 8. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 8, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 7th day of August, 2025.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge